UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUNJAY STERLING,

      Plaintiff,                                    No. 16-cv-13021

vs.                                               Hon. Mark A. Goldsmith

PREMIERE CREDIT OF NORTH
AMERICA, LLC,

      Defendant.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE

The Court, having been advised that this matter has settled, dismisses the case with prejudice, subject to reopening within 30 days if the settlement is not consummated, or if the parties stipulate to some other order of dismissal.

SO ORDERED.

Dated: May 16, 2017                        s/Mark A. Goldsmith
       Detroit, Michigan                MARK A. GOLDSMITH
                                              United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 16, 2017.

                                                           s/Karri Sandusky
                                                           Case Manager